**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| PAUL PARSHALL, On Behalf of Himself and All Others Similarly Situated,<br><br>               Plaintiff,<br><br>    v.<br><br>AIR METHODS CORPORATION, AARON D. TODD, C. DAVID KIKUMOTO, JOSEPH WHITTERS, RALPH J. BERNSTEIN, MARK D. CARLETON, JEFFREY A. DORSEY, JOHN J. CONNOLLY, MORAD TAHBAZ, CLAIRE M. GULMI, JESSICA GARFOLA WRIGHT, AMERICAN SECURITIES LLC, ASP AMC INTERMEDIATE HOLDINGS, INC., and ASP AMC MERGER SUB, INC.,<br><br>               Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 17-cv-00383-RGA<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF DISMISSAL WITH PREJUDICE AS TO PLAINTIFF PAUL
PARSHALL AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS**

WHEREAS, plaintiff Paul Parshall ("Plaintiff") filed the above-captioned action (the "Action") challenging the disclosures made by Air Methods Corporation ("Air Methods") in connection with the proposed acquisition of Air Methods by ASP AMC Intermediate Holdings, Inc. ("Parent"), and its wholly owned subsidiary, ASP AMC Merger Sub, Inc. ("Merger Sub"), pursuant to a definitive agreement and plan of merger filed with the United States Securities and Exchange Commission ("SEC") on or around March 14, 2017 (the "Transaction");

WHEREAS, the Action asserts claims for violations of Sections 14(d), 14(e), and 20(a) of the Securities Exchange Act of 1934 by defendants in connection with Air Methods' Solicitation Statement filed with the SEC on or around March 23, 2017;

WHEREAS, on April 13, 2017, Air Methods filed an amendment to the Solicitation Statement with the SEC that included certain additional information relating to the Transaction that mooted Plaintiff's claims (the "Supplemental Disclosures");

WHEREAS, no class has been certified in the Action;

WHEREAS, for the avoidance of doubt, no compensation in any form has passed directly or indirectly to Plaintiff or his attorneys and no promise, understanding, or agreement to give any such compensation has been made;

WHEREAS, defendants have denied and continue to deny any wrongdoing and contend that no claim asserted in the Action was ever meritorious;

NOW, THEREFORE, notice is hereby give pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure that Plaintiff voluntarily dismisses this action as moot and with prejudice as to himself only and without prejudice to the putative class. This notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment. Because the dismissal is with prejudice as to Plaintiff only, and not on behalf of a putative class, notice of this dismissal is not required.

Dated: April 27, 2017                                **RIGRODSKY & LONG, P.A.**

                                                  By:  */s/ Brian D. Long*
                                                       Brian D. Long (#4347)
                                                       Gina M. Serra (#5387)
                                                       2 Righter Parkway, Suite 120
**OF COUNSEL:**                                        Wilmington, DE 19803
                                                       Telephone: (302) 295-5310
**RM LAW, P.C.**                                       Facsimile: (302) 654-7530
Richard A. Maniskas                                    Email: bdl@rl-legal.com
1055 Westlakes Drive, Suite 3112                       Email: gms@rl-legal.com
Berwyn, PA 19312
Telephone: (484) 324-6800                              *Attorneys for Plaintiff*